1  DANIEL G. BOGDEN
   United States Attorney
2  District of Nevada

3  BLAINE T. WELSH
   Assistant United States Attorney
4  Nevada Bar. No. 4790
   333 Las Vegas Boulevard South, Suite 5000
5  Las Vegas, Nevada 89101
   Phone: (702)388-6336
6  Facsimile: (702)388-6787
   Email: *Blaine.Welsh@usdoj.gov*
7
   Attorneys for the United States.
8

9                   **UNITED STATES DISTRICT COURT**

10                         **DISTRICT OF NEVADA**

11

12  U.S. EQUAL EMPLOYMENT          )
    OPPORTUNITY COMMISSION,        )
13                                 )
                  Plaintiff,       )
14                                 )
         v.                        )   Case No. 2:09-cv-01178 KJD-PAL
15                                 )
    SIMON PROPERTY GROUP, INC.     )
16  AND DOES 1-10 INCLUSIVE,       )
                  Defendant.       )
17

18          **MOTION TO PERMIT APPEARANCE OF GOVERNMENT ATTORNEY**

19         Pursuant to LR IA 10-3, the United States of America respectfully requests that this

20  honorable Court permit Carol Igoe to practice before this honorable Court in all matters relating

21  to the above-captioned case.

22         Carol Igoe is an attorney with the United States Equal Employment Opportunity

23  Commission ("EEOC") in the Los Angeles District Office, an agency of the federal government.

24  Ms. Igoe is a member in good standing of the Bar of California, Bar No. 267673.

25  . . .

26  . . .

1  Accordingly, the United States respectfully requests that an order be issued allowing
2  Carol Igoe to practice before this honorable Court.
3  DATED this 29th day of October, 2010.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

*/s/ Blaine Welsh*
BLAINE T. WELSH
Assistant United States Attorney

IT IS SO ORDERED:

UNITED STATES DISTRICT JUDGE

DATED: 11/1/10

2